IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SUSAN LASK,                                    Civil Action No. 08-cv-1837 (RJS)

                      Plaintiff,

-against-

                                                      **VOLUNTARY DISMISSAL**

LINDSAY NICOLE ROGINSKI,

                      Defendant.

------------------------------------------------------------x

      Plaintiff, SUSAN LASK, informs that Defendant has not answered, the parties have resolved this matter, Plaintiff hereby volunatrily dismisses upon the following Orders:

      ~~*Ordered* that the complaint shall be removed from Pacer and~~ *RS*

      *Ordered* that this action is dismissed with prejudice.

Dated: New York, New York
       March 25, 2008

By: /s Susan Lask
Susan Lask/1744
244 Fifth Avenue, Suite 2369
New York, New York 10001
(212) 358-5762

So Ordered:

Hon. Richard Sullivan
4/1/08

SDNY
\_MENT
\_RONICALLY FILED
D: 4/16/08